**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, JACOB CALLAHAN, ALEJANDRO FUENTES, ROBERT ANTONIO DOMINGOS, ADAM RODRIGUEZ, SHERIFF JEFF DIRSKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE HUDSON, | CASE NO. 2:23-cv-01982-DJC-JDP |
| Plaintiff, | **STIPULATION TO STAY CASE** |
| v. | |
| COUNTY OF STANISLAUS, a public entity; DEPUTY JACOB CALLAHAN, in his official and individual capacity; DEPUTY ALEJANDRO FUENTES, in his official and individual capacity; DEPUTY ROBERT ANTONIO DOMINGOS, in his official and individual capacity; SERGEANT ADAM RODRIGUEZ, in his individual and official capacity; SHERIFF JEFF DIRSKE, in his official capacity; and DOES 1-30 inclusive, Jointly and Severally | |
| Defendants. | |

Plaintiff STEVIE HUDSON and Defendants COUNTY OF STANISLAUS, JACOB CALLAHAN, ALEJANDRO FUENTES, ROBERT ANTONIO DOMINGOS, ADAM RODRIGUEZ, SHERIFF JEFF DIRSKE hereby jointly submit the following stipulation to stay this case. Good cause exists to stay this case insofar as Plaintiff currently has criminal charges pending against him arising out of the underlying interaction as alleged in this case, *People v Hudson*,

Stanislaus County Superior Court Case No. CR22-00659, the outcome of which may have an impact on this case and/or will impede discovery in this case.  Plaintiff will notify the court when the charges are complete such that the stay may be lifted, following which Defendants shall have 30 days to respond to the complaint.

**IT IS SO STIPULATED.**

Dated:  October 19, 2023                    SIAS LAW, INC.


                                            By     /s/ Jason O. Sias (auth'd on 10/19/23)
                                                   Jason O. Sias



Dated:  October 19, 2023                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION


                                            By     /s/John R. Whitefleet
                                                   John R. Whitefleet

### **ORDER**

   Good cause appearing, this case is stayed.  Plaintiff will notify the court when the criminal charges are complete such that the stay may be lifted, following which Defendants shall have 30 days to respond to the complaint.

Dated: October 19, 2023                     /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE